

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00173-CV

———————————————

MARIE YAZBEK D/B/A G. HOMES AND ROSALBA VELOZ, Appellants

V.

RUSHMORE LOAN MANAGEMENT SERVICES, LLC, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY, BUT AS TRUSTEE FOR PREMIUM MORTGAGE ACQUISITION TRUST, Appellees

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-304009-18

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On June 10, 2022, we notified appellants that the trial-court clerk responsible for preparing the record in this appeal has informed us that appellants have not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, within ten days, appellants arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Because appellants have not made payment arrangements for the clerk's record, we now dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: August 18, 2022